IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ONE MAVERICK ARMS, MODEL 88, 20-GAUGE SHOTGUN WITH SERIAL NUMBER MV0447362; ONE BENELLI, NOVA 12-GAUGE SHOTGUN WITH SERIAL NUMBER Z1029082T; ONE BERETTA PIETRO APX, 9 MM PISTOL WITH SERIAL NUMBER A089277X; APPROXIMATELY 227 ASSORTED ROUNDS OF AMMUNITION,<br><br>      Defendant. | Case No. 3:23-cv-00232<br><br>**APPLICATION FOR WARRANT OF ARREST IN REM** |

    The United States of America, through its counsel, respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest In Rem pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure.

    On December 6, 2023, the United States filed a Verified Complaint for Forfeiture In Rem in the above-referenced case. The Complaint seeks the forfeiture of the property described in above is in the custody of the United States.

    Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk must issue a warrant to arrest the property.

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the attached Warrant of Arrest In Rem.

Dated: December 6, 2023

                                        MAC SCHNEIDER
                                        United States Attorney

By:   /s/ Matthew D. Greenley
                                        MATTHEW D. GREENLEY
                                        Assistant United States Attorney
                                        Quentin N. Burdick United States Courthouse
                                        655 First Avenue North - Suite 250
                                        Fargo, ND  58102-4932
                                        (701) 297-7400
                                        MN Bar Board ID No. 034252X
                                        Matthew.Greenley@usdoj.gov
                                        Attorney for United States