IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ONE MAVERICK ARMS, MODEL 88, 20-GAUGE SHOTGUN WITH SERIAL NUMBER MV0447362; ONE BENELLI NOVA 12-GAUGE SHOTGUN WITH SERIAL NUMBER Z1029082T; ONE BERETTA PIETRO APX, 9 MM PISTOL WITH SERIAL NUMBER A089277X; APPROXIMATELY 227 ASSORTED ROUNDS OF AMMUNITION,<br><br>        Defendant. | Case No. 3:23-cv-00232<br><br>**WARRANT OF ARREST <u>IN REM</u>** |

TO:    THE MARSHAL OF THE UNITED STATES AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

      WHEREAS, on December 5, 2023, the United States of America filed a Verified Complaint for Forfeiture <u>In Rem</u> in the United States District Court for the District of North Dakota, against the above-named defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the Complaint; and

      WHEREAS, the defendant property is currently in the possession, custody, or control of the United States; and

      WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant <u>In Rem</u> for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest <u>in rem</u> must be delivered to a person or organization authorized to execute it;

NOW, THEREFORE, you are hereby commanded to arrest the defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated this __7th__ day of December 2023.

    /s/Sarah Cook\
Sarah Cook, Deputy Clerk of Court\
United States District Court\
District of North Dakota